IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Case No. 3:24-cv-03058-K-BW

**BRAD DAVIS,**

    *Plaintiff*,

v.

**NEXT BRIDGE HYDROCARBONS, INC.,** *et al.*,

    *Defendants*.

_____/

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION

Before the Court is *pro se* plaintiff's, BRAD DAVIS ("***Plaintiff***"), motion for stay, and/or, in the alternative, motion for an extension to effectuate process of service (collectively, the "***Motion***"). After having carefully considering the Motion, the record, and all relevant authorities and therefore being fully advised in the premises, the Court finds that the Motion serves the ends of *Justice*, and should be granted in full.

Accordingly, it is hereby **ORDERED AND ADJUDJGED** that the Motion is **GRANTED**, and a stay is therefore now in effect pending the outcome of related litigation, and/or until Plaintiff files any other papers requiring adjudication by the Court.

                                                                                                    _____

                                                                                                    Brian McKay, Magistrate Judge

                                                                                                    Signed on this ____ day of _____, 2025.